UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ITI HOLDINGS, INC., d/b/a Technical
Diving International, SCUBA DIVING
INTERNATIONAL, EMERGENCY
RESPONSE DIVING INTERNATIONAL,

                 Plaintiff,

-vs-                                           Case No.  5:06-cv-85-Oc-10GRJ

PROFESSIONAL SCUBA ASSOCIATION
INTERNATIONAL, LLC, HAL WATTS,
JANICE WATTS,
                 Defendants.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 48) recommending that the Plaintiff's motion for attachment (Doc. 44) be denied.  The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.  Accordingly, upon an independent examination of the file and upon due consideration, it is ordered that the report and recommendation of the Magistrate Judge (Doc. 48) is adopted, confirmed and made a part hereof and, for the reasons stated in that report, the Plaintiff's Motion for Attachment (Doc. 44) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 22nd day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record